IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.F. 95-5122 REC |
| | ) | |
| Plaintiff, | ) | ORDER PERMITTING U.S. DEA TO |
| | ) | DISPOSE OF FIREARMS SEIZED IN THIS |
| v. | ) | INVESTIGATION |
| | ) | |
| RAUL PEREZ-MIRANDA, et. al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States having applied to this Court, for an order permitting the U.S. Drug Enforcement Administration to dispose of following firearms seized from the residence of Raul Miranda on April 27, 1995, and good cause appearing in that such evidence is no longer required for the prosecution of any individual:

      1. Mossberg 12-gauge shotgun, serial number L347180 (N-14)

      2. Mossberg 12-gauge shotgun, serial number L109767 (N-15)

      3. Intratec 9mm pistol, M#-TEC-DC9, serial number D060654 (N-13)

      4. Two clips of 9mm ammunition (N-13A)

      5. Two clips of .45 caliber ammunition (N-12A)

      6. Seven boxes of ammunition (N-9)

      7. One black silencer (N-10)

1      8.  Colt M-1911-A1, .45 caliber pistol, serial number N318494 (N-11)

2      9.  Norinco 1911-A1, .45 caliber pistol, serial number 506957 (N-12)

3      10.  Two clips of ammunition (N-11A)

4   IT IS SO ORDERED.

5   DATED: May 18, 2005                      /S/ROBERT E. COYLE
                                                             Honorable Robert E. Coyle

6                                                               United States Magistrate Judge